UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
ex rel. TIMOTHY E.
SCHERMERHORN,

    Plaintiff/Relator,

v.                                            Case No.:  2:22-cv-526-JLB-KCD

                                               **FILED IN CAMERA**
                                               **AND UNDER SEAL**

QUALITY ENTERPRISES USA,
INC.; HOWARD J. MURRELL, JR.;
HOWARD J. MURRELL, III;
STEPHEN JONES; LOUIS J.
GAUDIO; and ALLISON B.
MURRELL,

    Defendants.
_____/

## ORDER

Before the Court is the Government's Notice of Election to Decline Intervention (S-11) filed on May 5, 2023. Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Government notifies the Court of its decision not to intervene in this action, and requests that all future filings in the action be provided to it and that the seal be lifted. After considering the Government's Notice and the applicable law, the Court grants the Government's requests.

Accordingly, it is now **ORDERED**:

1. The Government's Notice of Election to Decline Intervention (S-11) is **GRANTED**.

2. The Clerk is directed to serve copies of all future pleadings, orders, and notices of appeal filed in this case on the Government.

3. The Clerk is directed to lift the seal on the Complaint (S-1), the Government's Notice (S-11), and this Order. All other papers filed in this action shall remain sealed.

**ORDERED** in Fort Myers, Florida this May 9, 2023.

*[signature]*

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record